No. 1665. EL PUEBLO, APELADO, *v.* RODRÍGUEZ ET AL., APELANTE. — Acometimiento y agresión grave. Humacao. Diciembre 14, 1920.

No. 1584. EL PUEBLO, APELADO, *v.* TORRES, APELANTE.—Daños maliciosos. Humacao. Diciembre 14, 1920. *Confirmadas las apelaciones.*

Nos. 1656 y 1657. EL PUEBLO, APELADO, *v.* ROSARIO, APELANTE.—Adulteración de leche. Ponce. Diciembre 16, 1920. *Desestimadas.*

Nos. 1595 y 1596. EL PUEBLO, APELADO, *v.* SÁNCHEZ, APELANTE.—Infracción de la Ley de Arbitrios, sección 61. San Juan, Sección Segunda. Diciembre 21, 1920. *Confirmadas.*

No. 311. MÉNDEZ, PETICIONARIO, *v.* JUEZ DE LA CORTE DE DISTRITO DE AGUADILLA.— *Certiorari.* Diciembre 18, 1920. *Denegado.*

No. 1645. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.— Tentativa de violación. San Juan, Sección Segunda. Diciembre 20, 1920. *Confirmada.*

No. 1593. EL PUEBLO, APELADO, *v.* TORRES, APELANTE.— Asesinato en primer grado. Ponce. Diciembre 21, 1920. *Confirmada.*

No. 2228. LABORDE, APELADO, *v.* LÓPEZ, APELANTE.—Indemnización. (Reconsideración). Diciembre 21, 1920. Humacao. *Sin lugar.*

No. 193. COMITÉ LOCAL REPUBLICANO DE DORADO ET AL., PETICIONARIOS, *v.* YAGER, GOBERNADOR DE PUERTO RICO, DEMANDADO.—*Mandamus.* Diciembre 23, 1920. *Sin lugar.*

No. 2390. SUCESIÓN DEL ROSARIO, APELANTE, *v.* ROSALY, DÍAZ, ADMINISTRADOR, APELADOS. — Reivindicación. Ponce. Diciembre 23, 1920. *Desestimada.*

No. 1580. EL PUEBLO, APELADO, *v.* PADRÓN, APELANTE.—Calumnia e injuria. San Juan, Sección Segunda. Diciembre 23, 1920. *Revocada y absuelto el acusado.*